PROB 12C
(7/93)

Report Date: May 3, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAY - 3 2013
SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Marcela Garcia-Gomez          Case Number: 2:07CR00069-001

Address of Offender: Central Arizona Detention Center, Florence, Arizona

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/11/2007

| | | |
|---|---|---|
| Original Offense: | Alien in U.S. After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 77 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 04/11/2013 |
| Defense Attorney: | Andrea George | Date Supervision Expires: 04/10/2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: On April 16, 2013, the offender was deported from the United States following completion of his sentence for the underlying offense. On April 26, 2013, United States Border Patrol agents arrested the offender near South Komelik, Arizona. The offender admitted to agents that he entered the United States from Mexico illegally on April 25, 2013, at or near Sasabe, Arizona.<br><br>The offender was subsequently charged by complaint in the United States District Court for the District of Arizona with count 1: Illegal Re-Entry After Deportation, in violation of 8 U.S.C. §§ 1326(a) and (b)(2), a class C felony; and count 2: Alien Eluding Examination and Inspection by Immigration Officers of the United States, in violation of 8 U.S.C. § 1325, a class B misdemeanor. |

Prob12C
Re: Garcia-Gomez, Luis Marcela
May 3, 2013
Page 2

On April 29, 2013, the offender pleaded guilty to count 2 of the complaint pursuant to a plea agreement, and was sentenced to 180 days imprisonment.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/03/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

5/3/13
Date